Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ALLY JUMANNE,<br><br>　　　　　　　Defendant. | No.  CR10-323RAJ<br><br>ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

　　　THIS MATTER having come before the Court on Defendant Ally Jumanne's Motion for Early Termination of Supervised Release, and the court having considered Defendant's motion, the Government's opposition, and the files and pleadings herein,

　　　NOW, THEREFORE, it is ORDERED that Defendant's Motion for Early Termination of Supervised Release (Dkt. #49) is DENIED, however the Court will authorize the transfer of Defendant's supervision to Alaska if he otherwise qualifies.

　　　DATED this 11th day of July, 2016.

　　　　　　　　　　　　　　　　　　　　　　　*Richard A. Jones*
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Richard A. Jones
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER – 1